# NO. 12-09-00245-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *PINEYWOODS COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION AND PINEYWOODS HOME TEAM AFFORDABLE HOUSING, APPELLANTS* | § | *APPEAL FROM THE 159TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *ENTERPRISE COMMUNITY LOAN FUND, INC., APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants have filed a motion to dismiss this appeal. In their motion, Appellants state that they have reached a resolution of this dispute and no longer wish to pursue the appeal. Because Appellants have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is ***dismissed***.

Opinion delivered June 23, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)